IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CLETUS MCLAUGHLIN | : | CIVIL ACTION |
| v. | : | |
| SANOFI-AVENTIS U.S., INC. | : | NO. 09-4397 |

ORDER

AND NOW, this 1st day of March, 2011, upon consideration of defendant's motion for summary judgment (docket entry # 19), plaintiff's response thereto (docket entry # 22), and defendant's reply (docket entry # 23), it is hereby ORDERED that:

1. Defendant's motion for summary judgment (docket entry # 19) is GRANTED; and

2. The Clerk of Court shall CLOSE this matter statistically.

BY THE COURT:

\_\_\s\Stewart Dalzell